| | |
|---|---|
| 1 | **BONNETT, FAIRBOURN,** |
|   | **FRIEDMAN & BALINT, P.C.** |
| 2 | TODD D. CARPENTER (CA 234464) |
|   | 600 West Broadway, Suite 900 |
| 3 | San Diego, CA 92101 |
|   | Telephone:   (619) 756-6978 |
| 4 | Facsimile:   (602) 274-1199 |
| 5 | **BONNETT, FAIRBOURN,** |
|   | **FRIEDMAN & BALINT, P.C.** |
| 6 | ANDREW S. FRIEDMAN (AZ 005425) |
|   | ELAINE A. RYAN (AZ 012870) |
| 7 | PATRICIA N. SYVERSON (CA 203111; AZ 020191) |
|   | 2901 N. Central Avenue, Suite 1000 |
| 8 | Phoenix, AZ  85012-3311 |
|   | Telephone:   (602) 776-5925 |
| 9 | Facsimile:   (602) 274-1199 |
| 10 | **PISCITELLI LAW FIRM** |
|    | Frank E. Piscitelli, Jr. |
| 11 | 55 Public Square, Suite 1950 |
|    | Cleveland, Ohio 44113 |
| 12 | Telephone: (216) 931-7000 |
| 13 | *Attorneys for Plaintiffs* |

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID JOHNS, an Individual, and MARC BORDMAN, an Individual, on Behalf of Themselves, All Others Similarly Situated, and the General Public,<br><br>Plaintiffs,<br>v.<br><br>BAYER CORPORATION, an Indiana corporation and BAYER HEALTHCARE, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 09 CV 1935 AJB POR<br><br>**DECLARATION OF PATRICIA N. SYVERSON IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Date:  January 13, 2012<br>Time:  1:30 p.m.<br>Judge:  Hon. Anthony J. Battaglia<br>Courtroom:  12 |

I, PATRICIA N. SYVERSON, declare as follows:

1.   I am a partner in the law firm of Bonnett, Fairbourn, Friedman, & Balint, P.C., one of the proposed Class Counsel.  I have personal knowledge of the matters set forth in this declaration and, if called to testify to them, would be competent to do so.

2.   Attached hereto are true and correct copies of the following documents:

| | |
|---|---|
| Exhibit 1: | JOHNSBAY-0000034 |
| Exhibit 2: | Attorney General's Interview of Sefali Patel, *In the Matter of Bayer's Men's Vitamins* (1/25/10), excerpts |
| Exhibit 3: | JOHNSBAY-0115107-121 |
| Exhibit 4: | BAYER-0125704-712 |
| Exhibit 5: | JOHNSBAY-0087220 |
| Exhibit 6: | JOHNSBAY-002005-43 |
| Exhibit 7: | Attorney General's Interview of Tracy Nunziata, *In the Matter of Bayer's Men's Vitamins* (5/11/10), excerpts |
| Exhibit 8: | JOHNSBAY-0215480-85 |
| Exhibit 9: | *State of Oregon v. Bayer Healthcare,* Stipulated General Judgment |
| Exhibit 10: | *State of Oregon v. Bayer Healthcare* Complaint |
| Exhibit 11: | BAYER-0066050-75 |
| Exhibit 12: | JOHNSBAY-0000851-907 |
| Exhibit 13: | Deposition of Jay Kolpon (4/1/11), excerpts |
| Exhibit 14: | JOHNSBAY-0001303-78 |
| Exhibit 15: | Attorney General's Interview of Erica Studness, *In the Matter of Bayer's Men's Vitamins* (5/11/10), excerpts |
| Exhibit 16: | BAYER-0000130-266, excerpts |
| Exhibit 17: | JOHNSBAY-0124244-47 |
| Exhibit 18: | Attorney General's Interview of Caroline Hendley, *In the Matter of Bayer's Men's Vitamins* (5/12/10), excerpts |
| Exhibit 19: | JOHNSBAY-0000118 |
| Exhibit 20: | JOHNSBAY-0124867-892 |

| | | |
|---|---|---|
| Exhibit 21: | JOHNSBAY-0022546 | |
| Exhibit 22: | Johns Depo. Ex. 8 | |
| Exhibit 23: | Bordman Depo. Ex. 5 | |
| Exhibit 24: | JOHNSBAY-0000006 | |
| Exhibit 25: | JOHNSBAY-0124367-394 | |
| Exhibit 26: | JOHNSBAY-158594 | |
| Exhibit 27: | JOHNSBAY-0000305 | |
| Exhibit 28: | JOHNSBAY-0124981 | |
| Exhibit 29: | JOHNSBAY-0124291-300 | |
| Exhibit 30: | JOHNSBAY-0000252-53 | |
| Exhibit 31: | JOHNSBAY-0000405-469 | |
| Exhibit 32: | JOHNSBAY-0000470-508 | |
| Exhibit 33: | JOHNSBAY- 0000597-693 | |
| Exhibit 34: | JOHNSBAY-0053431-34 | |
| Exhibit 35: | JOHNSBAY-0146651-93 | |
| Exhibit 36: | JOHNSBAY-0000694-746 | |
| Exhibit 37: | [Omitted] | |
| Exhibit 38: | Attorney General's Interview of Pana Beke, *In the Matter of Bayer's Men's Vitamins* (1/26/10), excerpts | |
| Exhibit 39: | Bayer's Response to Interrogatories | |
| Exhibit 40: | Selenium Supplementation and Secondary Prevention of Nonmelanoma Skin Cancer in Randomized Trial, *Duffield-Lillico* | |
| Exhibit 41: | JOHNSBAY-0001794-98 | |
| Exhibit 42: | Attorney General's Interview of Shane Durkee, *In the Matter of Bayer's Men's Vitamins* (1/27/10) | |
| Exhibit 43: | JOHNSBAY-0001719-23 | |
| Exhibit 44: | BAYER-0393107-111 | |
| Exhibit 45: | BAYER-0162216-25 | |

| | | |
|---|---|---|
| Exhibit 46: | JOHNSBAY-0001379 | |
| Exhibit 47: | BAYER-0000995-96 | |
| Exhibit 48: | JOHNSBAY-0002296-99 | |
| Exhibit 49: | JOHNSBAY-0001490-1499 | |
| Exhibit 50: | JOHNSBAY-0001475-1481 | |
| Exhibit 51: | JOHNSBAY-0001482-1489 | |
| Exhibit 52: | Johns Deposition (7/22/11), excerpts | |
| Exhibit 53: | Bordman Deposition (7/21/11), excerpts | |
| Exhibit 54: | BHO Firm Resume | |
| Exhibit 55: | BFFB Firm Resume | |
| Exhibit 56: | BAYER-0122361 | |
| Exhibit 57: | BAYER-0010902-54 | |
| Exhibit 58: | JOHNSBAY-0004685-4689 | |

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 17th day of August 2011, at Phoenix, Arizona.

                                                      */s/ Patricia N. Syverson*
                                                      PATRICIA N. SYVERSON

**CERTIFICATE OF SERVICE**

I hereby certify that on August 17, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail notice list, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice list.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on August 17, 2011.

/s/ *Patricia N. Syverson*
Patricia N. Syverson