1

2                                         FILED

3                               10 OCT 26  AM 8: 14
                                        CIRCUIT COURT
                                  FOR MULTNOMAH COUNTY

4           IN THE CIRCUIT COURT OF THE STATE OF OREGON

5                  FOR THE COUNTY OF MULTNOMAH    **15351**

6

7   STATE OF OREGON, ex rel. JOHN R.            Case No.   **1010-15351**
    KROGER, Attorney General for the State of
8   Oregon,
                                                 COMPLAINT ALLEGING VIOLATIONS OF
9               Plaintiff,                        THE UNLAWFUL TRADE PRACTICES ACT
                                                 (ORS 646.605 TO 646.656)
        v.
10
    BAYER HEALTHCARE LLC,
11                                               CLAIM NOT SUBJECT TO MANDATORY
                Defendant.                       ARBITRATION
12

13        This Complaint alleges claims for relief based upon violation of Oregon's Unlawful

14   Trade Practices Act (UTPA), ORS 646.605 to 646.656.  Plaintiff, State of Oregon for its

15   Complaint alleges that at all times material herein:

16                   **ALLEGATIONS COMMON TO ALL COUNTS**

17                                         1.

18        JOHN R. KROGER is the Attorney General for the State of Oregon and is suing in his

19   official capacity pursuant to ORS 646.632.

20                                         2.

21        Defendant BAYER HEALTHCARE LLC (hereinafter "Bayer" or "Defendant") is a

22   healthcare and medical products company with its U.S. headquarters for one of its divisions,

23   Bayer Consumer Care, in Morristown, New Jersey.

24   ///

25   ///

26   ///

COMPLAINT
Page 1 of 11
DAH/DM#2312774

3.

The Circuit Court for the State of Oregon has personal jurisdiction over Bayer pursuant to ORCP 4A. Bayer engaged in substantial activities within Oregon by operating a business that provides services that are primarily for personal, family, and household use. All transactions took place in the course of Bayer's business.

4.

Prior to filing this Complaint, Bayer waived receipt of the notice required by ORS 646.632(2) that it had engaged in unlawful trade practices and the relief sought. Bayer has not delivered an Assurance of Voluntary Compliance that complies with the requirements contained in ORS 646.632.

5.

Bayer's conduct described in this Complaint was willful within the meaning of ORS 646.605(10).

6.

Bayer manufactures, markets, and promotes One-A-Day Vitamins nationally and in Oregon. The One-A-Day brand is divided into various sub-brands that target particular populations of consumers by age and sex. One-A-Day Men's Health Formula targets males, and One-A-Day Men's 50+ vitamins target men 50 years of age and older. (Henceforth, these two products shall collectively be referred to as "One-A-Day Men's," "OAD Men's Products" or "OAD Men's."

7.

**SUMMARY OF THE ACTION**

Bayer sought to increase the sale of OAD Men's Products by deceptively leveraging fear of prostate cancer. Bayer made both express and implied promotional claims that misrepresented that OAD Men's Products reduce a man's risk of developing prostate cancer. Bayer made these claims despite the fact that Bayer knew, or should have known, that the ingredients in OAD

COMPLAINT
Page 2 of 11
DAH/DM#2312774

1    Men's Products do not decrease the risk of prostate cancer; in fact, Bayer knew, or should have

2    known, that for some men, high doses of the ingredients found in Bayer OAD Men's Vitamins,

3    such as zinc and selenium, may *increase* the risk of an aggressive and deadly form of prostate

4    cancer.  Accordingly, Bayer's promotion of OAD Men's Products was both deceptive and

5    unconscionable.

6                                                    8.

7                          **PROSTATE CANCER CLAIMS - LYCOPENE**

8              To support its initial prostate cancer claim, Bayer relied upon the ingredient lycopene.

9    Starting in 2005, Bayer television advertisements claimed that "one in three men" had prostate

10   problems and that OAD Men's Health Formula with lycopene "supports prostate health."  Bayer

11   knew, or should have known, that substantial numbers of viewers understood these claims to

12   mean that OAD Men's Health Formula with lycopene reduced a man's risk of developing

13   prostate cancer.  Moreover, Bayer's lycopene advertisements cited "Harvard studies" to

14   substantiate the prostate health claim.  However, these studies related solely to prostate cancer

15   and no other aspect of prostate health.  Thus, any consumer who actually checked the studies

16   would know that Bayer intended to make a lycopene cancer claim.  Nonetheless, the studies that

17   Bayer cited were not competent and reliable scientific evidence sufficient to substantiate the

18   lycopene prostate cancer claim.  In a 2005 enforcement discretion letter issued by FDA that

19   reviewed the totality of the science concerning lycopene and prostate cancer, FDA concluded

20   that, although "very limited and preliminary scientific research suggests" tomato products (which

21   contain lycopene) may reduce the risk of prostate cancer, there is "no credible evidence" to

22   substantiate such a claim for lycopene supplements [such as OAD Men's].

23                                                    9.

24                          **PROSTATE CANCER CLAIMS - SELENIUM**

25             Starting in 2006, Bayer OAD Men's Health Formula advertisements stopped

26   emphasizing lycopene and started using selenium to support the prostate cancer prevention

**DEPARTMENT OF JUSTICE**
1515 SW 5th Ave, Suite 410
Portland, OR 97201-5451
(971) 673-1880 / FAX (971) 673-1884

1    claim.  Bayer believed it could make such a claim because in 2003, FDA issued an enforcement

2    discretion letter that announced FDA would not prosecute the qualified health claim "[s]elenium

3    *may reduce the risk of certain cancers.  Some scientific evidence suggests that consumption of*

4    *selenium may reduce the risk of certain forms of cancer*."  However, Bayer's express cancer

5    claims regarding selenium did not comply with the language FDA announced it would tolerate.

6    Rather, Bayer used language such as: *"Did you know that 1 in 3 men will face prostate issues"*

7    along side  *"emerging research suggests Selenium may reduce the risk of prostate cancer."*  A

8    copy of one such print advertisement is attached hereto as Exhibit A.  Such language is

9    inconsistent with the 2003 qualified health claim.  Moreover, it is deceptive because by 2006,

10   and especially after October 2008, the "emerging research" selenium prostate cancer claim was

11   incorrect and misrepresented the scientific substantiation for the claim.  Bayer used this

12   deceptive selenium cancer claim in television and print advertising through June 2009 and used it

13   in OAD Men's Health Formula packaging that was on store shelves as late as May 2010.

14                                                  10.

15                              **MAJOR LEAGUE BASEBALL**

16                **THE "STRIKE OUT PROSTATE CANCER" PROMOTION**

17             Starting in 2008, Bayer entered into a promotional relationship with Major League

18   Baseball that allowed Bayer to promote OAD Men's products during baseball games and

19   allowed Bayer to use major league baseball graphics and players to promote OAD Men's

20   products.  As part of this promotion, Bayer engaged in a  "strike out prostate cancer" campaign

21   that was ostensibly to raise money for prostate cancer research but in fact was a vehicle to make

22   deceptive claims that OAD Men's helped prevent prostate cancer.  Through billboards, print and

23   broadcast advertisements, and interviews with professional baseball spokespersons, Bayer's

24   Major League Baseball promotional campaign made express and implied claims that OAD

25   Men's Products reduced the risk of prostate cancer.  A copy of one such print advertisement is

26   ///

COMPLAINT
Page 4 of 11
DAH/DM#2312774

1    attached hereto as Exhibit B.  In fact, by October 2008, it was clear that OAD Men's Products

2    provided no such benefit.

3                                              11.

4    **EMERGING SCIENCE SUBMERGES BAYER'S PROSTATE CANCER CLAIMS**

5          Although in 2003, using the methodology then used by FDA (which has since been

6    rejected) to evaluate and weight scientific studies, there may have been sufficient science to

7    support the limited qualified health claim approved by FDA regarding selenium and cancer; over

8    time, the science supporting the qualified claim grew progressively weaker.  Rather than

9    strengthening the selenium prostate cancer claim, "emerging science," submerged the claim

10   beneath a rising tide of negative scientific studies.[1]  This process culminated in October 2008,

11   when the results of the clinical trial known as The Selenium and Vitamin E Cancer Prevention

12   Trial ("SELECT") became public.  SELECT was funded by the National Institute of Health and

13   was designed to definitively determine whether vitamin E and/or selenium reduce the risk of

14   prostate cancer.  This prospective, randomized, controlled, double-blind study was the largest

15   and best designed clinical trial relating to selenium and prostate cancer ever conducted.  At the

16   time SELECT was designed, hopes were high that it would show a benefit for selenium and

17   vitamin E  against prostate cancer; however, these hopes were dashed when the Data Safety

18   Monitoring Board[2] for SELECT was forced to stop the study after preliminary results showed

19   selenium provided no such benefit and might actually cause study subjects harm.  After

20   SELECT, there was broad scientific consensus that selenium did not prevent prostate cancer.

21

22   _____

23   [1] Li et al, *A prospective study of plasma selenium levels and prostate cancer risk*, Journal of the
     National Cancer Institute, 2004; 96:696-703. Peters et al, *Serum selenium and risk of prostate
24   cancer: a nested case-control study*. American Journal of Clinical Nutrition, 2007; 85:209-217.
     Peters et al, *Vitamin E and selenium supplementation and risk of prostate cancer in the Vitamins
     and Lifestyle (VITAL) study cohort*, Cancer Causes Control, 2008; 19:75-87.
25
     [2] A Data Safety Monitoring Board or "DSMB" is an independent body tasked with ensuring the
26   safety of participants in clinical trials. The DSMB has access to unblinded study data which is
     reviewed to ensure that there is sufficient benefit to justify the risks.  If such is not the case, the
     DSMB is ethically required to terminate the clinical trial.

COMPLAINT
Page 5 of 11
DAH/DM#2312774

1    Nevertheless, Bayer continued to promote OAD Men's Health Formula with the "emerging

2    science" selenium prostate cancer claim.

3                              12.

## BAYER IMPROPERLY CONTINUED TO RELY
## ON THE 2003 SELENIUM CANCER CLAIM

6        Although Bayer had an independent duty to ensure that there was competent and reliable

7    scientific evidence to substantiate all promotional claims regarding selenium and prostate cancer,

8    Bayer chose instead to ignore the weight of scientific evidence to the contrary and relied upon

9    the obsolete and inapplicable 2003 FDA letter to justify continued use of the claim.  Bayer relied

10    on the obsolete 2003 selenium enforcement discretion letter even though Bayer knew, as early as

11    2007, that FDA was in the process of reviewing the claim and even though Bayer knew, or

12    should have known, that by January 2009, FDA had finalized and published its revised

13    methodology for evaluating qualified health claims and that under that revised methodology, it

14    was virtually certain that the 2003 selenium discretion letter would be replaced.  Yet Bayer

15    continued to rely on weak science[3] to actively advertise and promote OAD Men's Health with a

16    selenium prostate cancer claim.  It was not until June of 2009, when FDA formally issued a

17    revised enforcement discretion letter regarding selenium and cancer, that Bayer seriously

18    considered revising its Selenium prostate cancer claim. In the 2009 version, FDA held that "it is

19    highly unlikely that selenium supplements reduce the risk of prostate cancer."[4]  It was only then

20

---

[3] To substantiate its selenium cancer claim, Bayer relied primarily on seven secondary post-hoc analyses of a single trial, the Nutritional Prevention of Cancer ("NPC") trial.  This clinical trial evaluated the relationship between supplemental selenium and skin cancer risk, which was the primary predefined end-point of the study.  The seven post hoc analyses sought to "data mine" for other types of cancer, including prostate cancer; however, such data mining is only beneficial for generating hypotheses to be tested in future studies and not to substantiate efficacy claims. (In fact, the suggestions raised by NPC generated the hypotheses that were tested by SELECT). In its 2009 review of the scientific evidence concerning the relationship between supplemental selenium and cancer, FDA determined that "scientific conclusions about selenium supplements and secondary cancers [including prostate cancer] could not be drawn from the seven  [NPC] reports . . ."

[4] In October, 2010, following litigation between FDA and a supplement manufacturer, FDA revised the qualified health claim to:

COMPLAINT
Page 6 of 11
DAH/DM#2312774

DEPARTMENT OF JUSTICE
1515 SW 5th Ave, Suite 410
Portland, OR 97201-5451
(971) 673-1880 / FAX (971) 673-1884

1    that Bayer announced that it would stop making its selenium cancer claim to promote OAD

2    Men's Products; however, Bayer failed to make this change in their product labeling until much

3    later.

4                                              13.

5                       **BAYER CONTINUED TO DISSEMINATE**

6              **THE DECEPTIVE SELENIUM PROSTATE CANCER CLAIM**

7              Even after FDA formally revised the 2003 selenium cancer claim, and after Bayer

8    publicly announced it would stop making the prostate cancer promotional claim, Bayer made no

9    attempt to withdraw or recall OAD Men's Products with deceptive prostate cancer messaging.

10   Rather, Bayer continued to manufacture and distribute OAD Men's Product with the deceptive

11   prostate claim through November 2009.  Because of Bayer's failure to take timely action, OAD

12   Men's Products with deceptive prostate packaging remained on store shelves until at least May

13   2010 – more than 18 months after the SELECT study definitively showed that selenium was

14   ineffective and almost one year after Bayer publicly announced that it would stop making

15   prostate cancer claims in its packaging and promotion of OAD Men's Health.

16                                            14.

17        **MULTIVITAMINS WITH THE INGREDIENTS FOUND IN OAD MEN'S**

18                    **MAY WORSEN PROSTATE CANCER**

19             In addition to demonstrating that selenium had no beneficial impact, SELECT raised

20   serious concerns that selenium might have a negative impact on men's health.  These concerns

21   were so great that the SELECT DSMB took the extraordinary step of stopping the study

22   midstream.  Moreover, starting in 2007, there was mounting scientific evidence that raised

23   significant concerns that multivitamins containing the ingredients found in OAD Men's Products

24

25   _____

26   "Selenium may reduce the risk of prostate cancer. Scientific evidence concerning this claim is
     inconclusive. Based on its review, FDA does not agree that selenium may reduce the risk of
     prostate cancer."

COMPLAINT
Page 7 of 11
DAH/DM#2312774

1   might increase the risk of particularly aggressive prostate cancers in certain people.[5]   Despite the

2   mounting evidence that for some men, the ingredients in OAD Men's vitamins may have a

3   negative impact on prostate health, Bayer unconscionably persisted in promoting OAD Men's

4   Vitamins as supporting prostate health and reducing the risk of prostate cancer, without

5   disclosing that OAD Men's vitamins might very well have the opposite effect.

6                                              15.

7                            **CLAIMS FOR RELIEF**

8                       **UNLAWFUL TRADE PRACTICES**

9                        **FIRST CLAIM FOR RELIEF**

10                            **ORS 646.608(1)(e)**

11          The UTPA prohibits a person acting in the course of the person's business, vocation, or

12   occupation from representing that goods have sponsorship, approval, characteristics, ingredients,

13   uses, benefits, quantities, or qualities that they do not have or that a person has a sponsorship,

14   approval, status, qualification, affiliation, or connection that the person does not have.  ORS

15   646.608(1)(e).  Under the UTPA, a "person" includes natural persons and corporations.  ORS

16   646.605(4).

17                                              16.

18          The State realleges and incorporates each and every allegation contained in the preceding

19   paragraphs 1 through 16.

20   / / /

21   / / /

22   / / /

23   / / /

24   _____

[5] Lawson et al, *Multivitamin Use and Risk of Prostate Cancer in the National Institutes of Health
25   – AARP Diet and Health Study*, Journal of the National Cancer Institute, 2007; 99:754-64. Zhang
et al, *Vitamin and mineral use and risk of prostate cancer: the case-control surveillance study*,
26   Cancer Causes Control, 2009; 20:691-698.  Chan et al, *Plasma Selenium, Manganese Superoxide
Dismutase, and Intermediate- or High-Risk Prostate Cancer*, Journal of Clinical Oncology,
2009;  27:3577-3583.

COMPLAINT
Page 8 of 11
DAH/DM#2312774

17.

Defendant violated ORS 646.608(1)(e) by misrepresenting that One-A-Day Men's Health Formula and One-A-Day Men's 50+ vitamins reduce a man's risk of developing prostate cancer and "support prostate health."

18.

## SECOND CLAIM FOR RELIEF

### ORS 646.607(1)

The UTPA prohibits a person acting in the course of the person's business, vocation, or occupation from employing unconscionable tactics in connection with the sale of goods.  ORS 646.607(1).  Under the UTPA, a "person" includes natural persons and corporations.  ORS 646.605(4).

19.

The State realleges and incorporates each and every allegation contained in the preceding paragraphs 1 through 16.

20.

Defendants employed unconscionable sales tactics and violated ORS 646.607(1) by promoting One-A-Day Men's Health Formula and One-A-Day Men's 50+ vitamins to protect against prostate cancer without disclosing that some of the ingredients in these products that were promoted to support prostate health may *increase* the risk of an aggressive and deadly form of prostate cancer.

21.

## PRAYER FOR RELIEF

**WHEREFORE,** plaintiff prays for relief as follows:

1) For judgment against Defendant for civil penalties of up to $25,000 for each willful
   violation of the Unlawful Trade Practices Act ORS 646.605, et seq.;

2) For judgment against Defendant for reasonable attorney fees and costs pursuant to

COMPLAINT
Page 9 of 11
DAH/DM#2312774

DEPARTMENT OF JUSTICE
1515 SW 5th Ave, Suite 410
Portland, OR 97201-5451
(971) 673-1880 / FAX (971) 673-1884

1          ORS 646.632(8) and ORCP 68;

2      3)   For judgment awarding the following injunctive relief pursuant to ORS 646.632:

3          a)   Bayer, in connection with the manufacturing, labeling, advertising, promotion,

4               offering for sale, sale, or distribution of One A Day Men's Health Formula and

5               One A Day Men's 50+ Advantage, in or affecting commerce, shall not make,

6               directly or by implication, including through the use of a product name,

7               endorsement, depiction, or illustration, any representation that such product is

8               effective in the diagnosis, cure, mitigation, treatment, or prevention of any

9               disease,  including but not limited to the representation that One A Day Men's

10              Health Formula and One A Day Men's 50+ Advantage reduces the risk of

11              prostate cancer.

12         b)   In connection with the manufacturing, labeling, advertising, promotion, offering

13              for sale, sale, or distribution of any Covered Product, in or affecting commerce,

14              shall not make, directly or by implication, including through the use of a product

15              name, endorsement, depiction, or illustration, any representation about the health

16              benefits, performance, or efficacy of any Covered Product, unless the

17              representation is non-misleading, and, at the time the representation is made,

18              Bayer possesses and relies upon Competent and Reliable Scientific Evidence.

19         c)   "Competent and Reliable Scientific Evidence" shall mean tests, analyses,

20              research, or studies, that have been conducted and evaluated in an objective

21              manner by qualified persons and are generally accepted in the profession to yield

22              accurate and reliable results, and that are sufficient in quality and quantity based

23              on standards generally accepted in the relevant scientific fields, when considered

24              in light of the entire body of relevant and reliable scientific evidence, to

25              substantiate that the representation is true.

26         d)   "Covered Product" shall mean any dietary supplement in Bayer's line of One A

COMPLAINT
Page 10 of 11
DAH/DM#2312774

1        Day Multivitamins, including but not limited to One A Day Men's Health

2        Formula and One A Day Men's 50+ Advantage.

3    4)   For a judgment granting any other or further remedial relief that the Court deems

4        appropriate pursuant to ORS 646.636.

5

6    Dated _October 25th_, 2010.

7                     Respectfully submitted,

8                     JOHN R. KROGER
9                     Attorney General

10

11                   David A. Hart, OSB No. 00275
12                   Senior Assistant Attorney General
                      Of Attorneys for Plaintiffs
13                   1515 SW Fifth Ave, Suite 410
                      Portland, OR. 97201-5451
14                   Phone:  (971) 673-1880
                      Fax:    (971) 673-1884
15                   Email:  david.hart@doj.state.or.us

16

17

18

19

20

21

22

23

24

25

26

COMPLAINT
Page 11 of 11
DAH/DM#2312774



**MEN'S HEALTH FORMULA**

ONE A DAY
*Men's Health Formula*

*Specially formulated with Selenium which emerging research suggests may reduce the risk of prostate cancer.***

Prostate cancer is the most frequently diagnosed cancer in men, and emerging research suggests Selenium may reduce the risk of prostate cancer.** ONE A DAY® Men's Health Formula is a complete multivitamin plus key nutrients to support a healthy heart, and Selenium to support a healthy prostate.**

A Complete Multivitamin Plus More[†] for Men to Support:*

• Prostate Health with Lycopene, more[†] Selenium, Vitamin E and Zinc

• Heart Health with Vitamins B6, B12, C, E and Folic Acid

• Healthy Blood Pressure[††] with Calcium, Magnesium and Vitamin C

Does not contain Iron – Research suggests excess iron may increase a man's risk of heart disease

LIVE**STRONG**™
LANCE ARMSTRONG FOUNDATION

[†] Compared to ONE A DAY® Essential, and with nearly twice the Selenium in Centrum® for prostate health
[††] To help maintain blood pressure levels already within the normal range
** See packaging for information about Selenium and certain cancers.

Did you know 1 in 3 men will face prostate issues?

MEN'S HEALTH FORMULA

Exhibit ___A___

Page ___1___ of ___1___

**Bayermens03853-003**

# STRIKING OUT
# PROSTATE CANCER



1 in 6 men face prostate cancer and that is why One A Day and MLB will donate $10 to the Prostate Cancer Foundation for every strikeout this season. Go to mlb.com/oneaday for more information.



### National League Top Contributors

| | | |
|---|---|---|
| Johan Santana | NYM | 52 |
| Jake Peavy | SD | 52 |
| Edinson Volquez | CIN | 52 |
| Aaron Harang | CIN | 51 |

### American League Top Contributors

| | | |
|---|---|---|
| C.C. Sabathia | CLE | 46 |
| Felix Hernandez | SEA | 46 |
| Shaun Marcum | TOR | 49 |
| Roy Halladay | TOR | 47 |



Exhibit _B_

Page _1_ of _1_

BAYERMENS03629