# CBA

Carol Bernstein Associates
59 Clubhouse Lane, Scarsdale, NY 10583
TEL: 914-478-9355   FAX: 914-478-9358
E-MAIL   Info@CBA-Link.com

## *One-A-Day Men's SKU*

### *Concept Exploratory*

To:         Bayer Corporation
Date:       October, 2001
CBA#:       3443

CONFIDENTIAL                                                      BAYER-0066050

# I. Background and Objectives

- **One-A-Day, though considered a leading and reputable brand, is not widely perceived (by consumers) as modern, scientifically advanced or leading edge**

    - In contrast, leading edge imagery is often attributed to OAD's primary competition, Centrum

- **Previous research indicates that linking specific and meaningful benefits to individual SKUs helps establish these equities for OAD and generates excitement about, and interest in, individual OAD SKUs**

- **As such, OAD plans to re-launch its Men's SKU to capitalize on the value inherent in flagging specific men's health benefits**

**CBA**

1

BAYER-0066051

# Background and objectives …

- **This research explored 8 concepts in order to understand:**

    - Which benefits are especially relevant and motivating to the target

    - The degree to which each evolves impressions of OAD toward modern, advanced and leading edge

- **We also explored reactions to a possible package design for the new men's SKU**

**CBA**

2

CONFIDENTIAL

BAYER-0066052



CONFIDENTIAL

BAYER-0066053

# II. Overview

- **Time seems ripe for a men's multivitamin targeted at the 35+ audience, with a focused added-value benefit**

**New found commitment to health motivated by cultural/ personal triggers**

Articles, products, environment, etc. urge need to:

- Think about my health more
- Take action to protect against disease
- Be aware/ responsive to ever advancing scientific discoveries

Self, family or friends *afflicted*:

- High BP/ cholesterol, prostate cancer scare
- Parent got CV disease, cancer at my age
- Peer just had heart attack ...

**Paradigm for MVs currently set as insurance policy\***

MVs viewed as dietary safety nets:

- Designed to provide nutrients I (or my foods) omit
- Bar currently set at *complete* (if not necessarily in language, very much in idea)

——————————————————————————————— **CBA**

*Expectation of energy often linked to presumption of complete nutrition

4

CONFIDENTIAL

BAYER-0066054

## Overview ... **Men's Health Concerns**

- **Certain issues seem foremost among men's health concerns**



- **Chief among worries is heart attack, with the threats of prostate cancer/ colon cancer close behind**
  - Attention is also devoted to energy loss, however the nature of that concern, seems very different

**CBA**

5

BAYER-0066055

# Overview ... **Men's health concerns**

- **The ways men** (and the women who love them) **think of and approach these key issues suggests an emphasis on prostate may be the strongest direction**

| Heart Attack | Energy Loss | Prostate Cancer |
|---|---|---|
| – Everyone is susceptible (m&f) | – Inevitability of aging | – A very real threat to all men |
| – Stakes high/ consequences grave | – Disheartens, but not life or death | – Stakes high/ consequences grave |
| – Multiple ways to detect pre-cursors (high BP/ cholesterol, chest pain, stress test) | – Symptom = problem, no mystery involved | – Precious few ways of detecting pre-cursors (digital exam, PSA tests) |
| – Multiple ways to try to prevent (low fat/ salt diet, exercise, regular check-ups, aspirin regimen) | – Exercise, eating right can help inhibit (vitamins a part of my campaign) | – <u>No perceived ways to try to prevent</u> |
| | – Benefit du jour (proliferation of energy drinks, bars, etc.) | |

| A critical concern actively being addressed | A quality of life concern multivitamins help me address | A critical concern I feel defenseless against |
|---|---|---|

**CBA**

6

BAYER-0066056

# Overview ... **Benefits**

- These differing dynamics surrounding men's key health concerns suggest a prostate association could provide a uniquely leverageable platform for re-launching OAD's Men's SKU

| Prostate cancer preoccupying health concern for target | Sense there are few/ no ways to avoid |
|---|---|

**Make prostate-related benefits distinctly compelling**

...*decreased risk of prostate cancer* (R)
...*good for your prostate* (V3)
...*support a healthy prostate* (Q)
...*support heart health and a healthy prostate* (S2)
...*may reduce the risk of prostate cancer and cv disease* (U)

**CBA**

7

BAYER-0066057



CONFIDENTIAL

BAYER-0066058

# Overview ... **Benefits**

▪ **But, is a prostate benefit better featured as a single focus, or as part of a dual benefit** (i.e. heart & prostate)**?**

**SINGLE FOCUS**

...*decreased risk of prostate cancer* (R)
...*good for your prostate* (V3)
...*support a healthy prostate* (Q)

Salient benefit, unique but narrow promise

• No distractions, so message speaks *louder* to insight re: few preventatives

• Spotlights Lycopene's role, reason it's being added

• Serves as bold assertion of OAD's modernity, scientific prowess

**DUAL BENEFIT**

...*support heart health & a healthy prostate* (S2)
...*may reduce the risk of prostate cancer and CV disease...* (U)

Broader benefit relevant, but less salient for most

• Though appealing, heart & prostate together delivers somewhat blunted message

• Still, captures interest of the few not yet focused on/ prioritizing prostate cancer

• Leans Lycopene/ SKU's reason for being slightly toward multi-purpose (*general*) vs. focused benefit

   "*It's good for this and this and I bet other things too and so it's just good for you.*"

• Cues OAD as modern, relevant and researched (but with slightly less impact)

**CBA**

9

BAYER-0066059

## Overview ... **Benefits**

- **Given these profiles, a single focus seems a stronger tactic for achieving the desired brand imagery**

  
  SKU's distinctly compelling focus evokes sense of urgency about SKU/ brand      Dramatizes OAD's image as leading edge

- **However, not everyone in the target feels prostate cancer looms as quite as much of a personal and immediate threat as heart disease**

  - For a <u>minority</u> of 30somethings, the threat of prostate cancer is too distant to be motivating, and so the dual benefit holds more appeal

    - Perhaps this minority, on the target's cusp, may be picked up by Active

- **Quantitative testing should determine if the single focus' ability to evolve brand imagery and inspire urgency about the SKU creates more volume potential than the more universal, but softer appeal of the dual benefit**

— **CBA**

10

CONFIDENTIAL                                                                                              BAYER-0066060

# Overview ... **Language**

- **Seems naming a threat** (e.g. *prostate cancer* or *cardiovascular disease*) **and discussing prevention resonates more than merely supporting good health** (e.g. *a healthy prostate* or *heart health*)



**Avoiding the negative**

*... decreased risk of prostate cancer* (R)
*...may reduce homocysteine levels – an emerging risk factor in CV disease* (T)
*...may reduce the risk of prostate cancer and CV disease* (U)

**Improving my odds**

Cues MV designed to help avoid disaster
- Feels like real, active/ critical benefit
- Clear link between MV promise and motivating benefit

Imperative/
Mandates action

**Promoting the positive**

*...to support a healthy prostate* (Q)
*...to support heart health & a healthy prostate* (S2)
*...to support heart health* (S1)

**Maintaining status quo**

Signals MV designed to support good health that already exists
- Nice benefit, but not especially motivating or persuasive
- Consumers don't automatically link benefit to avoiding illness
- Inferred maintenance feels like passive benefit

Ignorable/
Lesser call to action

**CBA**

11

CONFIDENTIAL

BAYER-0066061

## Overview ... **Language**

- **Citing a reputable third party corroboration adds credibility/ impact. However, unspecified/ unrecognized third parties evoke skepticism/ distract from the benefit**
  - In general, consumers have ingoing skepticism around specific references to authority. Only when the third party carries substantial prestige and reliability (i.e., NEJM), does the inclusion of such language enhance, rather than detract from, the proposition



| **Strongest option** | **Less appealing options** | | |
|---|---|---|---|
| ✓ | *Clinical studies...* | *Recent studies...* | Doctors have... *"Which doctors?"* |
| *Studies published in the New England Journal of Medicine...* | Still unnamed and so problematic; however, interpreted to mean studies done on people vs in labs, so some credibility | Particularly troubles consumers, evokes skepticism *"how recent...last week, year, ten years?"* | |
| NEJM considered gold standard endorsement • JAMA* less familiar | *Indicate* more scientific sounding than *suggest* | | *discovered* more breakthrough sounding than *learned* |

*Journal of the American Medical Association

**CBA**

12

BAYER-0066062

## Overview ... Lycopene

- **Lycopene more impressive when its nature is characterized rather than when it's merely named as an ingredient**

✓ *Lycopene is a newly understood natural antioxidant found in certain fruits and vegetables (V3)*

*The right balance of antioxidants such as selenium and lycopene (S1,S2)*

*A special blend of antioxidants – such as lycopene... (Q)*

Relays positive fact of it being an antioxidant, that it is natural (a plus to many) and comes from healthful and harmless fruits/ vegetables
- Taps familiar faith in MVs as dietary supplements, without undermining urgency/ importance of its targeted role

Defines lycopene as an antioxidant
- For most, antioxidants feel important/ are believed to have health restoring properties; many associate them with cancer prevention

- **Just naming the ingredient, without providing any context, can raise questions even when its benefit motivates**

*...a diet high in lycopene is associated with... (R)* → *"I like what it says, but I'm still wondering, what is lycopene?"*   **CBA**

13

BAYER-0066063

## Overview … **Ingredients**

- **One ingredient tied to one benefit enhances sense of breakthrough development and leading edge innovation** (V3,R)

  - Just as a single benefit delivers a sharper message, a single ingredient generates impressions of specifically focused importance while heightening assumptions of credibility

    *"They must have just discovered this about lycopene"*

  - This in turn, evokes impressions of OAD at the vanguard of nutrition-related science

- **While *'single ingredient - two benefits'* (U) or *'multiple ingredients - multiple benefits'* (Q,S1,T,S2,U,V) can involve consumers and confer credibility, these formats fail to create the same level of excitement about the SKU or the brand**

**CBA**

14

CONFIDENTIAL

BAYER-0066064

# III. Concepts



CONFIDENTIAL

BAYER-0066065

## Concepts…**V3** (Prostate)

*Lycopene is a newly understood natural antioxidant found in certain fruits and vegetables.  Lycopene is good for your prostate and has been added to this new men's multivitamin.*

| Strengths | Issues |

**Strengths**

***Newly understood*** – credibly suggests current research, without having to name third party

***Natural antioxidant*** – for many, enhances interest, evokes healthfulness of nature
  - Immediate link to antioxidants brings in "*important science*" component

**Clear, informative style** appeals to consumers. Feels honest

**Naming of lycopene upfront** positions it as subject of message and so boosts its importance/ impact. Lycopene and its benefit become central focus

**Issues**

***Good for your prostate*** – relevant but not as motivating as naming of prostate cancer. Often, somewhat passively received
  - Lacks urgency

***Has been added to this new men's MV*** – simply informative, not very introductory "*doesn't feel like big news*"

**CBA**

16

BAYER-0066066

## Concepts…R (Prostate)

> *Recent studies suggest that a diet high in lycopene is associated with decreased risk of prostate cancer.  This new multivitamin now has lycopene.*

### Strengths

***Decreased risk*** *–* impactful statement, evokes goal of avoiding disaster

***Of prostate cancer*** - naming of feared disease generates urgency about product, and for most, registers important/ motivating benefit

**Ingredient (*lycopene*) linked directly** to benefit, streamlining registration of main idea

***This new multivitamin now has*** *–* Introductory as well as informative. Makes statement of ingredient addition sound like an important headline

### Issues

***Is associated with decreased risk*** - though impactful, is slightly more about maintaining status quo than is *may reduce the risk*, which feels more proactive

***Recent studies*** - problematic, evokes skepticism, "*whose studies? When?*"; distracts from benefit

***A diet high in Lycopene*** *–*  unappealing to some, ingredient unknown and its sources in *a diet* are unclear.  For a few, provokes almost defensive desire to 'look up' ingredient for information prior to buying multivitamin

**CBA**

17

BAYER-0066067

## Concepts… Q (Prostate)

*A special blend of antioxidants – now with lycopene – to support a healthy prostate. This new multivitamin now has lycopene.*

| Strengths |
|---|

**Antioxidants** - for most, a known link to cancer prevention- recognized "buzzword" for multivitamins but still important, esp. in context of *a healthy prostate*

**A healthy prostate** - though not as much of a call to action as is *prostate cancer*, most make link from *a healthy prostate* to the predicament of prostate cancer, and so to prevention
- But requires additional step in logic that is eliminated by referencing disease

| Issues |
|---|

**Special blend** - reminiscent of coffee; not specific or scientific enough for multivitamin category

**Support** - suggests an inconsequential benefit, doesn't have medicinal or scientific feel; connotes nurturing which to this target can feel less serious

**Now with lycopene** - as clause, positions lycopene as incidental rather than star of message
- Main subject of message is antioxidants, which are good, but relatively familiar for MV, lycopene ingredient feels 'thrown in'

**CBA**

18

CONFIDENTIAL

BAYER-0066068

## Concepts… **U** (Prostate & Heart)

> *Recent studies suggest that a diet high in lycopene may reduce the risk of prostate cancer and cardiovascular disease. This multivitamin now has lycopene.*

### Strengths

**Dual benefits from one ingredient polarizing** – great to have one ingredient tackle both problems

**Naming of prostate cancer <u>before</u> CV** underscores that product is for men. While CV is a concern for each gender, alongside prostate it positions product as very specifically a MV for men

***May reduce the risk of*** - very compelling proactive assertion that this MV's reason for being is to "*improve my odds*"

### Issues

**Dual benefits from one ingredient polarizing** – believability diminished
*"how can one ingredient protect both heart and prostate?"*

**Suggestion that one ingredient covers two problems** causes some to question how much is needed/ added; doubts re: levels decreases excitement

***May reduce the risk of*** – feels like clearer statement of prevention, though *may* can sound uncertain; unlikely *may* would be questioned in an ad

**CBA**

19

CONFIDENTIAL

BAYER-0066069

## Concepts… **S2** (Prostate & Heart)

The right balance of antioxidants such as selenium and lycopene – to support heart health and a healthy prostate.

| Strengths |
| --- |

| Issues |
| --- |

**Strengths**

*Right balance* - sounds more "*researched*" than *special blend;* evokes sense of calculated, optimized levels

**2 ingredients** - for a few, 2 taps belief that "*more is better*"

*Heart health and a healthy prostate* - newsworthy benefits for multivitamin

*Selenium* - vaguely familiar, many associate with heart; increases credibility

**Issues**

**Specific ingredient not linked to specific benefit**, MV's main purpose deduced as "*good health for men*" more than specifically heart/ prostate

**2 ingredients** - for most, diminishes importance/ impressions of breakthrough finding. Prompts wish to "*compare ingredients with Centrum*". Take-away more about ingredients than their benefit

*Heart health* – awkward; meaning clear but phrasing a stumbling block for consumers, prefer alt. *a healthy heart*

**Referencing heart health before prostate** less effective at immediately cueing men's health

*Including* (alt. to *such as*) - unclear ingredients are antioxidants

**CBA**

20

BAYER-0066070

## Concepts… S1 (Heart)

*The right balance of antioxidants such as selenium and lycopene – to support heart health.*

| Strengths |
|---|

**'Two ingredients - one benefit'** encourages registration of benefit better than '*two ingredients - two benefits*'

**Since selenium is vaguely associated with heart health**, lycopene's heart benefits are assumed true as well

| Issues |
|---|

**Selenium and lycopene - to support heart health**- Gives selenium top billing. Provides context for lycopene, but focus is selenium's heart benefits, making lycopene less important, less newsy

*"I guess lycopene is just like selenium"*

**CBA**

21

BAYER-0066071

## Concepts… T (Heart)

*Recent studies suggest that certain B-vitamins\* may reduce homocysteine levels – an emerging risk factor in cardiovascular disease.  This multivitamin has 100% of a man's daily requirement of these ingredients to support heart health.*   \*Folic acid with B6 and B12

| Strengths | Issues |
|---|---|

**Strengths**

*Cardiovascular disease* - a frightening and motivating prospect to all

*Homocysteine levels* - essentially unknown, but sounds persuasive; that MV *may reduce levels* feels important, leading edge, scientific, credible

*100%...ingredients* - feels like proof of optimum amounts

**Ingredients directly linked to benefit** - helps consumer infer action/ proactivity

*Folic acid/ B vitamins* - known as antioxidants, believable link to homocysteine

**Issues**

*Certain B-vitamins\** - other MV's assumed to have same Bs. Excitement/ news attributed to newfound advantage of B vitamins, but not always to advantage of this MV.

*100%...ingredients:* for many asserts advantage of this MV (optimum levels), but several assume other leading brands also provide 100%, and so for them, not unique

*To support heart health* – (alt.)*To support a healthy heart* preferred. Though in other concepts, *support health* feels like less significant promise, following naming of CV disease, it functions as reinforcement of benefit

**CBA**

22

CONFIDENTIAL

BAYER-0066072

# Concepts… V (Energy)

*A special blend of B-vitamins and chromium for the release of energy from food. This multivitamin has 100% of a man's daily requirements of these key ingredients.*

| Strengths |
| --- |

| Issues |
| --- |

**Strengths**

*Release of energy from food* - for a few, interpreted to mean this MV improves way in which food/ nutrients from food are processed by the body. *"This one helps me get more out of my food"*
- Most do not interpret this meaning, but once explained, it is an interesting and differentiating point of difference

*Key ingredients* - cue to specialized, optimized formula

**Most perceive benefit to be increased energy**, which is a believable, but expected MV benefit

*"That (energy) is basically why I make my husband take vitamins"*

**Issues**

**In isolation, energy an important benefit**, but when compared to *serious* issues like prostate cancer and cardiovascular disease, falls by the wayside, important, but not as motivating
- All multivitamins have B-vitamins

*Chromium* - unknown/ or chromium associated with weight loss; a less motivating benefit for a men's multivitamin

*To promote energy metabolism* alt. assumed relevant for body builders *"they have to think about energy metabolism"*

**CBA**

23

CONFIDENTIAL

BAYER-0066073

# IV.  Package Front

- **Overall design and color of package appealing, feels masculine/ new**

# Redacted

24

BAYER-0066074

# V. Recommendations

- **Quantitatively test both a single focused prostate story and a dual focused prostate/ heart story to determine relative volume potential**

- **In developing both concepts:**

  - Seeks ways of referencing the threat (i.e. prostate cancer, cardiovascular disease)

  - Feature Lycopene as the star or single ingredient and provide some form of description for it, apart from its benefit, in order to set a persuasive context

  - If possible, cite a reputable/ recognized third party to enhance credibility. If a specific/ prestigious authority is not possible, do not include general references to endorsement

- **In moving forward, consider the impact on the total OAD brand image as well as the impact on this particular SKU in deciding between a single focused or dual benefit product story**

**CBA**

25

CONFIDENTIAL

BAYER-0066075