

**One A Day Men's Health Formula– Front of Package (2008)**
**Ex. 6, Plaintiff's Memorandum in Support of Class Certification at 12**



## One A Day Men's Health Formula – Front Panels (2008)
## See also Kim Ackerman Declaration, Exhibit I



**One A Day Men's Health Formula –Front Panel (2008)**
**See also Kim Ackerman Declaration, Exhibit I**



**One A Day Men's Health Formula – Top of Package (2008)**
**See also Kim Ackerman Declaration, Exhibit I**



**One A Day Men's Health Formula – Top Front Panel (2008)**
**See also Kim Ackerman Declaration, Exhibit I**



**One A Day Men's Health Formula – Back and Side Panels (2008)**
**See also Kim Ackerman Declaration, Exhibit I**



**One A Day Men's Health Formula –Side Panel Benefits Wheel (2008)**
**See also Kim Ackerman Declaration, Exhibit I**



**One A Day Men's Health Formula –Side Panel (2008)**
**See also Kim Ackerman Declaration, Exhibit I**



## One A Day Men's Health Formula – Back Panel (2008)
### See also Kim Ackerman Declaration, Exhibit I

**Directions:** Adults: One tablet daily, with food.

## Supplement Facts
Serving Size: One tablet

| | Amount Per Serving | % Daily Value | | Amount Per Serving | % Daily Value | | Amount Per Serving | % Daily Value |
|---|---|---|---|---|---|---|---|---|
| Vitamin A (14% as beta-carotene) | 3500 IU | 70% | Vitamin $B_6$ | 3 mg | 150% | Selenium | 105 mcg | 150% |
| | | | Folic Acid | 400 mcg | 100% | Copper | 2 mg | 100% |
| Vitamin C | 90 mg | 150% | Vitamin $B_{12}$ | 18 mcg | 300% | Manganese | 2 mg | 100% |
| Vitamin D | 400 IU | 100% | Biotin | 30 mcg | 10% | Chromium | 120 mcg | 100% |
| Vitamin E | 45 IU | 150% | Pantothenic Acid | 5 mg | 50% | Potassium | 100 mg | 3% |
| Vitamin K | 20 mcg | 25% | Calcium (elemental) | 210 mg | 21% | Lycopene | 600 mcg | * |
| Thiamin ($B_1$) | 1.2 mg | 80% | Iron | 0 mg | 0% | | | |
| Riboflavin ($B_2$) | 1.7 mg | 100% | Magnesium | 120 mg | 30% | *Daily Value not established. | | |
| Niacin | 16 mg | 80% | Zinc | 15 mg | 100% | | | |

**INGREDIENTS:** Calcium Carbonate, Magnesium Oxide, Potassium Chloride, Cellulose, Ascorbic Acid, dl-Alpha-Tocopheryl Acetate, Corn Starch, Croscarmellose Sodium, Acacia, Dicalcium Phosphate, Zinc Oxide, Niacinamide, Gelatin, Stearic Acid, Silicon Dioxide, Dextrin, Magnesium Stearate, D-Calcium Pantothenate, Manganese Sulfate, Pyridoxine Hydrochloride, Hypromellose, Cupric Oxide, Calcium Silicate, Resin, Glucose, Riboflavin, Sucrose, Vitamin A Acetate, Thiamine Mononitrate, Dextrose, Soy Lecithin, Chromium Chloride, Lycopene, Folic Acid, Sodium Carboxymethylcellulose, Beta-Carotene, Sodium Selenate, Sodium Citrate, Tricalcium Phosphate, Sodium Ascorbate, Tocopherols, Biotin, Phytonadione, Cyanocobalamin, Ergocalciferol, Ascorbyl Palmitate.
**Contains:** Fish (cod, pollock, haddock, hake, cusk, redfish) and Soy.

### THE COMPLETE MULTIVITAMIN PLUS MORE[†] FOR MEN

*Did you know that prostate cancer is the most frequently diagnosed cancer in men and that emerging research suggests Selenium may reduce the risk of prostate cancer? One A Day® Men's Health Formula is a complete multivitamin plus key nutrients including Selenium to support a healthy prostate.\* Selenium may reduce the risk of certain cancers. Some scientific evidence suggests that consumption of Selenium may reduce the risk of certain forms of cancer. However, FDA has determined that this evidence is limited and not conclusive.*

[†] Compared to One A Day® Essential, and with nearly twice the Selenium in Centrum® for prostate health

\*This statement has not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure, or prevent any disease.