



One A Day Men's 50+ Advantage – Front of Package (2007)
Ex. 6, Plaintiff's Memorandum in Support of Class Certification at 12



**One A Day Men's 50+ Advantage – Front Panels (2007)**
**See also Kim Ackerman Declaration, Exhibit H**



**One A Day Men's 50+ Advantage –Front Panel (2007)**
**See also Kim Ackerman Declaration, Exhibit H**



One A Day Men's 50+ Advantage – Top of Package (2007)
See also Kim Ackerman Declaration, Exhibit H



One A Day Men's 50+ Advantage – Top Front Panel (2007)
See also Kim Ackerman Declaration, Exhibit H



**One A Day Men's 50+ Advantage – Back and Side Panels (2007)**
**See also Kim Ackerman Declaration, Exhibit H**



**One A Day Men's 50+ Advantage – Side Panel Benefits Wheel (2007)**
**See also Kim Ackerman Declaration, Exhibit H**



One A Day Men's 50+ Advantage –Side Panel (2007)
See also Kim Ackerman Declaration, Exhibit H



## One A Day Men's 50+ Advantage – Back Panel (2007)
### See also Kim Ackerman Declaration, Exhibit H

Directions: Adults: Take one tablet daily, with food.

**Supplement Facts**

Serving Size: One tablet

| | Amount Per Serving | % Daily Value | | Amount Per Serving | % Daily Value | | Amount Per Serving | % Daily Value |
|---|---|---|---|---|---|---|---|---|
| Total Carbohydrate | <1 g | <1%* | Vitamin B6 | 6 mg | 300% | Copper | 2 mg | 100% |
| Vitamin A (20% as beta-carotene) | 2500 IU | 50% | Folic Acid | 400 mcg | 100% | Manganese | 4 mg | 200% |
| | | | Vitamin B12 | 25 mcg | 417% | Chromium | 180 mcg | 150% |
| Vitamin C | 120 mg | 200% | Biotin | 30 mcg | 10% | Molybdenum | 90 mcg | 120% |
| Vitamin D | 400 IU | 100% | Pantothenic Acid | 15 mg | 150% | Potassium | 40 mg | 1% |
| Vitamin E | 33 IU | 110% | Calcium (elemental) | 120 mg | 12% | Ginkgo Biloba Extract (leaf) | 120 mg | ** |
| Vitamin K | 20 mcg | 25% | Iodine | 150 mcg | 100% | Lycopene | 600 mcg | ** |
| Thiamin (B1) | 4.5 mg | 300% | Magnesium | 100 mg | 25% | *Percent Daily Values are based on a 2,000 calorie diet. **Daily Value not established. | | |
| Riboflavin (B2) | 3.4 mg | 200% | Zinc | 22.5 mg | 150% | | | |
| Niacin | 20 mg | 100% | Selenium | 105 mcg | 150% | | | |

INGREDIENTS: Calcium Carbonate, Cellulose, Magnesium Oxide, Ascorbic Acid, Ginkgo Biloba Extract, Potassium Chloride, Corn Starch, Dicalcium Phosphate, dl-Alpha Tocopheryl Acetate, Croscarmellose Sodium, Zinc Oxide, Niacinamide, D-Calcium Pantothenate, Crospovidone, Silicon Dioxide, Polyvinyl Alcohol, Manganese Sulfate, Gelatin, Titanium Dioxide, Maltodextrin, Polyethylene Glycol, Acacia, Pyridoxine Hydrochloride, Magnesium Stearate, Talc, Cupric Sulfate, Thiamine Mononitrate, Hypromellose, Riboflavin, Glucose, Sucrose, Chromium Chloride, Vitamin A Acetate, FD&C Blue #2 Lake, Lycopene, Folic Acid, Beta-Carotene, Sodium Selenate, Sodium Molybdate, Potassium Iodide, Tricalcium Phosphate, Sodium Ascorbate, Tocopherols, FD&C Blue #1 Lake, Biotin, Cyanocobalamin, Phytonadione, Cholecalciferol, Ascorbyl Palmitate.

Ask a doctor before use if you are taking a drug for anticoagulation (thinning the blood), including daily aspirin. Before surgery, ask your doctor about continued use.

**A MULTIVITAMIN SPECIALLY FORMULATED FOR MEN OVER 50**
As a man over 50, you don't have to settle for an all-purpose multivitamin. You can take one that is specially formulated for both your age and gender. One-A-Day® Men's 50+ Advantage contains Lycopene and five times the Selenium of Centrum® Silver® to support prostate health and it provides key nutrients to support heart health, eye health, and healthy blood pressure.††* Plus, it contains Ginkgo to promote memory and concentration.*

††To help maintain blood pressure levels already within the normal range

*This statement has not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure, or prevent any disease.