# BRIEF COMMUNICATIONS

## Selenium Supplementation and Secondary Prevention of Nonmelanoma Skin Cancer in a Randomized Trial

*Anna J. Duffield-Lillico, Elizabeth H. Slate, Mary E. Reid, Bruce W. Turnbull, Patricia A. Wilkins, Gerald F. Combs, Jr., H. Kim Park, Earl G. Gross, Gloria F. Graham, M. Suzanne Stratton, James R. Marshall, Larry C. Clark*

*For the Nutritional Prevention of Cancer Study Group*

**The Nutritional Prevention of Cancer Trial was a double-blind, randomized, placebo-controlled clinical trial designed to test whether selenium as selenized yeast (200 µg daily) could prevent nonmelanoma skin cancer among 1312 patients from the Eastern United States who had previously had this disease. Results from September 15, 1983, through December 31, 1993, showed no association between treatment and the incidence of basal and squamous cell carcinomas of the skin. This report summarizes the entire blinded treatment period, which ended on January 31, 1996. The association between treatment and time to first nonmelanoma skin cancer diagnosis and between treatment and time to multiple skin tumors overall and within subgroups, defined by baseline characteristics, was evaluated. Although results through the entire blinded period continued to show that selenium supplementation was not statistically significantly associated with the risk of basal cell carcinoma (hazard ratio [HR] = 1.09, 95% confidence interval [CI] = 0.94 to 1.26), selenium supplementation was associated with statistically significantly elevated risk of squamous cell carcinoma (HR = 1.25, 95% CI = 1.03 to 1.51) and of total nonmelanoma skin cancer (HR = 1.17, 95% CI = 1.02 to 1.34). Results from the Nutritional Prevention of Cancer Trial conducted among individuals at high risk of nonmelanoma skin cancer continue to demonstrate that selenium supplementation is ineffective at preventing basal cell carcinoma and that it increases the risk of squamous cell carcinoma and total nonmelanoma skin cancer. [J Natl Cancer Inst 2003;95: 1477–81]**

The Nutritional Prevention of Cancer Trial *(1)* was designed to test the efficacy of selenium supplementation in preventing nonmelanoma skin cancer in men and women with a history of two or more basal cell carcinomas or one or more squamous cell carcinomas of the skin. During the intervention, an unexpected deficit of other cancer and mortality among selenium-supplemented participants became apparent, so that in 1993, end points for the trial were expanded to include several secondary ones: lung, prostate, and colorectal cancer incidence, total cancer incidence, and total cancer mortality. Analysis of the complete observation period through January 31, 1996, revealed a 25% decrease in total cancer incidence, a 52% decrease in prostate cancer incidence, a 26% decrease in lung cancer incidence, a 54% decrease in colorectal cancer incidence, and a 41% decrease in total cancer mortality *(2)*. This report extends the previous results (September 15, 1983, through December 31, 1993; total subject follow-up 8271 person-years) through the end of blinded treatment (September 15, 1983, through January 31, 1996; total subject follow-up 9904 person-years).

The protocol for the Nutritional Prevention of Cancer Trial was described by Clark et al. *(1)*. Briefly, this study was a randomized, double-blind, placebo-controlled trial conducted among 1312 patients in the Eastern United States with a history of two or more basal cell carcinomas or one or more squamous cell carcinomas of the skin *(1)*.

Patients were randomly assigned in a double-blinded manner to experimental treatment (200 µg of selenium per day in a 0.5-g high-selenium baker's yeast tablet) or to placebo. The total selenium content of tablets was monitored by G. F. Combs, Jr., and I. S. Palmer (South Dakota State University, Brookings), who used the diaminonaphthalene fluorometric procedure after digestion in a mixture of nitric acid and perchloric acid *(3)*.

The baseline interview of each patient gathered sociodemographic, occupational, and behavioral information *(1)*. The baseline examination addressed sun exposure and sensitivity. A dermatologic examination included the assessment of sun damage for each temple and the dorsum of each hand. Each area was assessed and classified into one of the following nine clinical categories: 1 mild$^-$; 2 mild; 3 mild$^+$; 4 moderate$^-$; 5 moderate; 6 moderate$^+$; 7 severe$^-$; 8 severe; 9 severe$^+$. For each participant, the sun damage variables for the four assessment areas were averaged to provide the index of clinical sun damage. Although this index has not been directly validated *(4,5)*, it has proved a powerful predictor of risk for nonmelanoma skin cancer. Patients were scheduled to be examined every 6 months. Incident basal cell carcinomas and squamous cell carcinomas were diagnosed by biopsy and confirmed by board-certified dermatopathologists. Recurrent and retreated skin tumors and skin tumors without biopsy confirmation were excluded from the study.

Patient medical records were periodically reviewed. For patients who be-

*Affiliations of authors:* A. J. Duffield-Lillico, Department of Epidemiology and Biostatistics, Memorial Sloan-Kettering Cancer Center, New York, NY; E. H. Slate, Department of Biometry and Epidemiology, Medical University of South Carolina, Charleston; M. E. Reid, J. R. Marshall, Cancer Prevention and Population Sciences, Roswell Park Cancer Institute, Buffalo, NY; B. W. Turnbull, School of Operations Research and Industrial Engineering, Cornell University, Ithaca, NY; P. A. Wilkins, M. S. Stratton, Arizona Cancer Center, Tucson, AZ; G. F. Combs, Jr., Grand Forks Human Nutrition Research Center, Grand Forks, ND; H. K. Park, Surgical Pathology, Eastern Dermatology and Pathology, Greenville, NC; E. G. Gross, Crystal Coast Dermatology Services, Morehead City, Medical Park Center, NC; G. F. Graham, Department of Dermatology, Wake Forest University Baptist Medical Center, Winston-Salem, NC.
*Correspondence to:* James R. Marshall, PhD, Roswell Park Cancer Institute, Carlton House Bldg., Rm. 304, Elm and Carlton Sts., Buffalo, NY 14263 (e-mail: james.marshall@roswellpark.org).
L. C. Clark (deceased).
*See* "Notes" following "References."

DOI: 10.1093/jnci/djg061
*Journal of the National Cancer Institute,* Vol. 95, No. 19, © Oxford University Press 2003, all rights reserved.