UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID JOHNS, an Individual and MARC BORDMAN, an Individual, on Behalf of Themselves and All Others Similarly Situated and the General Public,<br><br>Plaintiff,<br><br>v.<br><br>BAYER CORPORATION, an Indiana Corporation and BAYER HEALTHCARE, LLC, a Delaware Limited Liability Company,<br><br>Defendants. | Civil No.09cv1935 AJB (POR)<br><br>ORDER DENYING DEFENDANTS' EX PARTE REQUEST FOR LEAVE TO FILE MOTION TO STRIKE FALSE STATEMENTS IN PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR CLASS CERTIFICATION<br><br>(Doc. No. 88) |

Having considered defendants' Ex Parte Request for Leave to File Motion to Strike False Statements in Plaintiffs' Reply in Support of Motion for Class Certification and plaintiffs' Opposition thereto, defendants' Ex Parte Request is hereby denied.

IT IS SO ORDERED.

DATED: January 5, 2012

_____
Hon. Anthony J. Battaglia
U.S. District Judge