| | |
|---|---|
| 1 | BLOOD HURST & O'REARDON, LLP |
|   | TIMOTHY G. BLOOD (149343) |
| 2 | THOMAS J. O'REARDON II (247952) |
|   | 701 B Street, Suite 1700 |
| 3 | San Diego, CA  92101 |
|   | Telephone: (619) 338-1100 |
| 4 | Facsimile:  (619) 338-1101 |
|   | tblood@bholaw.com |
| 5 | toreardon@bholaw.com |
| 6 | BONNETT, FAIRBOURN, |
|   |   FRIEDMAN & BALINT, P.C. |
| 7 | TODD D. CARPENTER (CA 234464) |
|   | 600 West Broadway, Suite 900 |
| 8 | San Diego, CA 92101 |
|   | Telephone: (619) 756-6978 |
| 9 | Facsimile: (602) 798-5860 |
|   |         - and - |
| 10 | ANDREW S. FRIEDMAN (AZ 005425) |
|   | ELAINE A. RYAN (AZ 012870) |
| 11 | PATRICIA N. SYVERSON (CA 203111; AZ 020191) |
|   | 2901 N. Central Avenue, Suite 1000 |
| 12 | Phoenix, AZ 85012-3311 |
|   | Telephone: (602) 274-1100 |
| 13 | Facsimile: (602) 798-5825 |
| 14 | Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID JOHNS, an Individual, and MARC BORDMAN, an Individual, on Behalf of Themselves, All Others Similarly Situated, and the General Public,<br><br>        Plaintiffs,<br><br>    v.<br><br>BAYER CORPORATION, an Indiana Corporation and BAYER HEALTHCARE, LLC, a Delaware Limited Liability Company,<br><br>        Defendants. | Case No.:    3:09-cv-01935-AJB(POR)<br><br>NOTICE OF CHANGE OF ADDRESS OF BLOOD HURST & O'REARDON LLP<br><br><br><br>Judge:     Honorable Anthony J. Battaglia<br>Filed:      September 3, 2009<br>Trial Date: None Set |

00019186

Case No.: 3:09-cv-01935-AJB(POR)

NOTICE OF CHANGE OF ADDRESS

1  TO THE CLERK OF THE ABOVE-CAPTIONED COURT AND TO ALL
2  PARTIES AND THEIR ATTORNEYS OF RECORD:
3  PLEASE TAKE NOTICE that the law offices of Blood Hurst & O'Reardon LLP
4  have relocated to the following address:

5  Blood Hurst & O'Reardon LLP
   701 B Street, Suite 1700
6  San Diego, CA 92101

7  The phone number, facsimile number and email addresses remain the same.

8  Dated: February 6, 2012          BLOOD HURST & O'REARDON, LLP
                                    TIMOTHY G. BLOOD
9                                   THOMAS J. O'REARDON II

10
                                    By:       s/ *Timothy G. Blood*
11                                         TIMOTHY G. BLOOD

12                                  701 B Street, Suite 1700
                                    San Diego, CA  92101
13                                  Telephone: (619) 338-1100
                                    Facsimile:  (619) 338-1101
14                                  tblood@bholaw.com
                                    toreardon@bholaw.com
15
                                    BONNETT, FAIRBOURN,
16                                    FRIEDMAN & BALINT, P.C.
                                    TODD D. CARPENTER (CA 234464)
17                                  600 West Broadway, Suite 900
                                    San Diego, CA 92101
18                                  Telephone: (619) 756-6978
                                    Facsimile: (602) 798-5860
19                                     - and -
                                    ANDREW S. FRIEDMAN (AZ 005425)
20                                  ELAINE A. RYAN (AZ 012870)
                                    PATRICIA N. SYVERSON
21                                    (CA 203111; AZ 020191)
                                    2901 N. Central Avenue, Suite 1000
22                                  Phoenix, AZ 85012-3311
                                    Telephone: (602) 274-1100
23                                  Facsimile: (602) 798-5825

24                                  PISCITELLI LAW FIRM
                                    FRANK E. PISCITELLI, JR.
25                                    (admitted *Pro Hac Vice*)
                                    55 Public Square, Suite 1950
26                                  Cleveland, OH 44113
                                    Telephone: (216) 931-7000
27                                  Facsimile (216) 931-9925
                                    frank@piscitellilaw.com
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CLIMACO, LEFKOWITZ, PECA
 WILCOX & GAROFOLI CO., L.P.A.
JOHN A. PECA (admitted *Pro Hac Vice*)
55 Public Square, Suite 1950
Cleveland, OH 44113
Telephone: (216) 621-8484
Facsimile: (216) 771-1632
 japeca@climacolaw.com

Attorneys for Plaintiffs

BLOOD HURST & O'REARDON, LLP

00019186

2
NOTICE OF CHANGE OF ADDRESS

No. 3:09-cv-01935-AJB(POR)

CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 6, 2012.

                                            s/ *Timothy G. Blood*
                                          TIMOTHY G. BLOOD

BLOOD HURST & O'REARDON, LLP
701 B Street, Suite 1700
San Diego, CA  92101
Telephone:  619/338-1100
619/338-1101 (fax)
tblood@bholaw.com