

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID JOHNS, an Individual and MARC BORDMAN, an Individual, on Behalf of Themselves and All Others Similarly Situated and the General Public<br><br>   **Plaintiff,**<br>V.<br>BAYER CORPORATION, an Indiana Corporation and BAYER HEALTHCARE, LLC, a Delaware Limited Liability Company<br><br>   **Defendant.** | Civil Action No.   09cv1935 AJB(DHB)<br><br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court makes the following findings regarding the parties' respective motions:
1. Denies Plaintiffs' motion to exclude Dr. Blumberg's expert testimony,
2. Denies Bayer's motion to exclude Dr. Milman's expert testimony,
3. Grants Bayer's motion to exclude Dr. Maronick's expert testimony,
4. Grants Bayer's motion for summary judgment,; and
5. Denies as moot Bayer's motion to exclude Mr. Elmore's expert testimony, Bayer's motion to strike Mr. Elmore's supplemental report, Plaintiffs' motion to exclude Dr. Dhar's expert testimony, and Plaintiffs' motion to exclude Dr. Hughes' expert testimony.

Date:   4/10/13

CLERK OF COURT
W. SAMUEL HAMRICK, JR.
By:  s/  C. Ecija

C. Ecija, Deputy