SHIRLI F. WEISS (Bar No. 079225)
JULIE L. HUSSEY (Bar No. 237711)
RYAN T. HANSEN (Bar No. 234329)
DLA PIPER LLP (US)
401 B Street, Suite 1700
San Diego, CA 92101-4297
Tel: 619.699.2700
Fax: 619.699.2701

Email: shirli.weiss@dlapiper.com
Email: julie.hussey@dlapiper.com
Email: ryan.hansen@dlapiper.com

Attorneys for Defendants
BAYER CORPORATION and BAYER HEALTHCARE, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID JOHNS, an individual, and MARC BORDMAN, an individual, on behalf of themselves, all others similarly situated, and the general public,<br><br>Plaintiffs,<br><br>v.<br><br>BAYER CORPORATION, an Indiana corporation and BAYER HEALTHCARE, LLC, a Delaware limited liability company,<br><br>Defendants. | CV NO. 09-CV-1935-AJB (DHB)<br><br>**DEFENDANTS BAYER CORPORATION AND BAYER HEALTHCARE, LLC WITHDRAWAL OF APPLICATION FOR AWARD OF ALLOWABLE COSTS** |

Defendants Bayer Corporation and Bayer HealthCare, LLC (collectively, "Bayer") hereby withdraw their Application for Award of Allowable Costs (Dkt. 234), filed April 24, 2013.

Dated: September 19, 2013

Respectfully submitted,

DLA PIPER LLP (US)

By /s/ Shirli F. Weiss
SHIRLI F. WEISS
JULIE L. HUSSEY
RYAN T. HANSEN
Attorneys for Defendants Bayer
Corporation and Bayer HealthCare LLC

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is DLA Piper US LLP, 401 B Street, Suite 1700, San Diego, California 92101. On September 19, 2013, I served the within document(s):

**DEFENDANTS BAYER CORPORATION AND BAYER HEALTHCARE, LLC WITHDRAWAL OF APPLICATION FOR AWARD OF ALLOWABLE COSTS**

by Notice of Electronic Filing, which is a notice automatically generated by the CM/ECF system at the time the document(s) listed above were filed with this Court, to lead counsel listed by CM/ECF as "*ATTORNEY TO BE NOTICED*".

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on September 19, 2013, at San Diego, California.

/s/ Eloy Rodriguez

WEST\242317736