

FILED

SEP 19 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| DAVID JOHNS and MARC BORDMAN, Individuals, on Behalf of Themselves, All Others Similarly Situated, and the General Public,<br><br>            Plaintiffs - Appellants,<br><br>  v.<br><br>BAYER CORPORATION, an Indiana corporation and BAYER HEALTHCARE, LLC, a Delaware limited liability company,<br><br>            Defendants - Appellees. | No. 13-55814<br><br>D.C. No. 3:09-cv-01935-AJB-DHB<br>Southern District of California, San Diego<br><br>ORDER |

The parties' motion to dismiss this appeal is granted.  Fed. R. App. P. 42(b).

The parties shall bear their own costs and fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

                        FOR THE COURT:

                        By: Lisa Jaye
                        Circuit Mediator

LJ/Mediation